UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **JOE LUIS SANCHEZ**<br>    *Plaintiff*, | §<br>§<br>§ | **CIVIL ACTION NO.:**<br><br>**1:24-cv-00167-RP** |
| **VERSUS** | §<br>§ | |
| **GENERAL MOTORS LLC**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, JOE LUIS SANCHEZ, (hereinafter "SANCHEZ"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the Plaintiff will voluntarily dismiss this matter.

                              **RESPECTFULLY SUBMITTED,**

                              **DUCK LAW FIRM, L.L.C.**

                              */s/ Kevin R. Duck*
                              **KEVIN R. DUCK (LA23043)**
                              5040 Ambassador Caffery Parkway
                              Suite 200
                              Lafayette, Louisiana 70508
                              Telephone: (337) 406-1144
                              Facsimile: (337) 406-1050
                              Email: krd@ducklawfirm.com
                              **Attorney-in-Charge for Plaintiff,**
                              **JOE LUIS SANCHEZ**

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 25, 2024, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

                                   */s/ Kevin R. Duck*
                                   KEVIN R. DUCK